## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RADNOR HOLDINGS CORPORATION, <u>et al.</u>, | Case No. 06-10894-PJW |
| Debtors. | Jointly Administered |

### JOINT EXHIBIT LIST

    The Official Committee of Unsecured Creditors (the "Committee") of Radnor Holdings

Corp., *et al.*, Jose E. Feliciano, and Tennenbaum Capital Partners, LLC, Special Value

Opportunities Fund, L.P. and Special Value Expansion Fund, L.P. (collectively, the "TCP

Lenders"), hereby submit their joint list of trial exhibits in connection with the trial on the

Committee's Complaint against the TCP Lenders and Jose E. Feliciano. By stipulation of the

parties, all of the below-listed exhibits except those as to which an objection has been

specifically noted are to be received into evidence by the Court at the commencement of the trial.

All parties reserve their rights to offer additional exhibits as rebuttal, for impeachment, or for

demonstrative purposes.

MILBANK, TWEED, HADLEY &
McCLOY LLP

By: _____
    Gregory Bray
    Fred Neufeld
    Ken Ostrow
    Derrick Talerico
    601 South Figueroa Street
    30th Floor
    Los Angeles, California 90017
    Telephone: (213) 892-4000
    Facsimile: (213) 629-5063

Counsel for Jose E. Feliciano, Tennenbaum

GREENBERG TRAURIG, LLP

By: _____
    Donald Detweiler (No. 3087)
    Victoria Counihan (No. 3488)
    The Nemours Building
    1007 North Orange Street, Suite 1200
    Wilmington, Delaware 19801
    Telephone: (302) 661-7000
    Facsimile: (302) 661-7360

Counsel for the Official Committee of
Unsecured Creditors of Radnor
Holdings Corporation, *et al.*

## EXHIBITS

| Exhibit No. | Date | Submitted By | Objected To | Bates Range/ Deposition Exhibits[1] | Description |
|---|---|---|---|---|---|
| 1 | 4/5/1996 | Committee | No | None | Employment Agreement between Rad Hastings and Radnor. |
| 2 | 5/8/2001 | Committee | No | None | Deed of Trust, Security Agreement and Fixture Filing |
| 3 | 3/11/2003 | Committee | No | None | Indenture. |
| 4 | 3/12/2003 | Committee | No | None | Radnor Holdings Corp. Form 10-K (2002). |
| 5 | 4/22/2003 | Committee | No | None | Radnor Holdings Corp. Form 10-K (2002, amended). |
| 6 | 4/30/2003 | TCP | No | MILBANK02275-76 | Estoppel Certificate re Phoenix, AZ property. |
| 7 | 10/16/2003 | Committee | No | None | Radnor Holdings Corp. Form 10-K (2002, amended). |
| 8 | 12/24/2003 | Committee | No | None | Deed to Secure Debt, Assignment of Leases and Rents and Security Agreement |
| 9 | 1/02/2004 | Committee | No | None | UCC Financing Statement for CIBC |
| 10 | 2/19/2004 | Both | No | Berry 2, DiPaolo 1, Levkowitz 2 | SVOF Section 17 application. |
| 11 | 3/24/2004 | Committee | No | None | Radnor Holdings Corp. Form 10-K (2003). |
| 12 | 4/12/2004 | Committee | No | Valenza 2 | Radnor Holdings Corp. Form 8-K. |
| 13 | 6/4/2004 | | No | None | Radnor Holdings Corp. Form 10-K (2003, |

---

[1] Bates ranges are used where available. Where Bates ranges are not available, deposition exhibit numbers are used. Where neither is available, the designation "None" is used.

amended).

| # | Date | | | | Description |
|---|------|---|---|---|---|
| | | Committee | | | |
| 14 | 8/6/2004 | Committee | No | None | Radnor Holdings Corp. Form 10-K (2003, amended). |
| 15 | 3/29/2005 | Committee | No | RAD-006-3188 to RAD-006-3192 | Minutes of Audit Committee Meeting. |
| 16 | 4/25/2005 | Committee | No | None | Radnor Organizational Chart. |
| 17 | 5/16/2005 | Committee | No | None | Radnor Holdings Corp. Form 10-Q (1Q05). |
| 18 | 5/26/2005 | Committee | No | Hopkins 5 | Email from Thomas Hopkins to Michael Kennedy. |
| 19 | 5/31/2005 | Committee | No | None | Radnor Holdings Corp. Form 10-K (2004). |
| 20 | 6/8/2005 | Committee | No | Hopkins 6 | Email from Rad Hastings to Michael Palm and Thomas Hopkins. |
| 21 | 6/15/2005 | Committee | No | COL0061 to COL0080 | Presentation by Colchester Capital and Lehman Brothers for Private Placement Organizational Meeting. |
| 22 | 6/16/2005 | Committee | No | RAD-006-03196 | Audit Committee Minutes. |
| 23 | 6/23/2005 | Committee | No | RAD-002-00442 to RAD-002-00460 | Email from Michael Kennedy to Paul Finigan. |
| 24 | 6/24/2005 | Committee | No | RAD-006-03197 | Minutes of Audit Committee Meeting. |
| 25 | 6/30/2005 | Committee | Yes | RADLB-01-0052 to RADLB-01-0107 | Lehman Brothers memo to Investment Banking Commitment Committee--Private Placement. |
| 26 | 6/30/2005 | Committee | No | RAD-003-00269 | Email from Michael Palm to Rad Hastings. |
| 27 | 7/15/2005 | Committee | No | RAD-006-03213 | Compensation Committee Minutes. |

| | | | | | |
|---|---|---|---|---|---|
| 28 | 7/29/2005 | Committee | No | COL0004 to COL0012 | Letter Agreement between Radnor and Colchester Capital Securities, LLC. |
| 29 | 7/31/2005 | Committee | Yes | RADC-01-0211 to RADC-01-0283 | Valuation Analysis of Chartwell Investment Partners, LP. |
| 30 | 8/1/2005 | Committee | No | RADHC-007-01142 to RADHC-007-01144 | Letter from Rad Hastings to Janeann Fehrle. |
| 31 | 8/9/2005 | Committee | No | RAD-003-00198 | Email from Michael Palm to Michael Kennedy and Rad Hastings. |
| 32 | 8/17/2005 | Committee | No | COL0049 to COL0051 | Financing Update prepared by Lehman Brothers. |
| 33 | 8/18/2005 | Both | No | RAD-17-0105 to RAD-17-0108 | Email exchange between Michael Kennedy and Paul Ridder. |
| 34 | 8/19/2005 | Committee | No | RAD-07-0023 to RAD-07-0025 | Email exchange between Michael Kennedy, Michael Valenza, Paul Ridder, and Rad Hastings. |
| 35 | 8/22/2005 | Committee | No | None | Radnor Holdings Corp. Form 10-Q (2Q05). |
| 36 | 8/24/2005 | Committee | No | Hopkins 11 | Email exchange between Thomas Hopkins and Michael Kennedy. |
| 37 | 8/25/2005 | Both | No | Hopkins 12 | Email chain between Thomas Hopkins and Jose Feliciano. |
| 38 | 8/25/2005 | Both | No | Hopkins 13 | Email from Thomas Hopkins to Michael Kennedy and Rad Hastings. |
| 39 | 8/26/2005 | Both | No | RADHC-002-02981 | Email from Thomas Hopkins to Jose Feliciano, Michael Kennedy, and Rad Hastings. |
| 40 | 8/29/2005 | Both | No | TCPE0063336 to TCPE0063339, TCPRD000006801 to TCPRD000006805 | Intake Memo from Jose Feliciano regarding Radnor investment. |
| 41 | 9/1/2005 | Committee | No | RAD-006-03210 | Board Minutes. |

| | | | | | |
|---|---|---|---|---|---|
| 42 | 9/2/2005 | Both | No | Hopkins 15 | Email chain between Thomas Hopkins, Michael Kennedy, Rad Hastings, Jose Feliciano, and others. |
| 43 | 9/2/2005 | Committee | No | RADHC-002-02984 | Email from Thomas Hopkins to Michael Kennedy and Rad Hastings. |
| 44 | 9/8/2005 | Both | No | Hopkins 16, TCPRD0000001766 to TCPRD0000001774 | Email from Thomas Spencer to Jose Feliciano, Michael Kennedy, Carrie Williamson, Thomas Hopkins, Michael Palm, and others. |
| 45 | 9/9/2005 | Committee | No | Hopkins 17 | Email exchange between Thomas Hopkins and Jose Feliciano. |
| 46 | 9/12/2005 | Committee | No | RAD-006-03201 | Audit Committee Minutes. |
| 47 | 9/16/2005 | Committee | No | RADEM-008-02564 to RADEM-008-02568 | Memorandum by Ann Kelly to Carrie Williamson. |
| 48 | 9/18/2005 | Both | No | TCPE0002011 to TCPE0002014 | Email from Jose Feliciano to Paul Ridder, Thomas Hopkins, Michael Kennedy, Rad Hastings, and others. |
| 49 | 9/23/2005 | Both | No | RAD-019-0001 to RAD-019-0019 | Projections. |
| 50 | 9/26/2005 | Both | No | TCPRD0000009329 TCPRD0000009352 | Radnor Private Placement - Business Update. |
| 51 | 9/29/2005 | Committee | No | RADHC-007-00955 | Memo from Paul Ridder to Rad Hastings. |
| 52 | 9/30/2005 | Committee | No | RADEM-007-08931 | Board Minutes. |
| 53 | 10/4/2005 | Committee | No | TCPE0006418 to TCPE0006423 | Email from Joe Capozzoli to Sean Berry, with attachment. |
| 54 | 10/4/2005 | TCP | Yes | MILBANK02291-92 | Email from Kelly to Feliciano attaching Summary of Collateral Appraisals |
| 55 | 10/5/2005 | Both | No | TCPRD0000006658 to TCPRD0000006676 | Memo from Jose Feliciano to Investment Committee. |
| 56 | 10/6/2005 | Both | No | TCPE0005845 to TCPE0005847 | Email from Howard Levkowitz to Prashant Mehrotra. |

| # | Date | Party | Priv. | Bates | Description |
|---|---|---|---|---|---|
| 57 | 10/6/2005 | Committee | No | TCPE0005826 to TCPE0005828 | Email from Joe Capozzoli to Sean Berry, with attachment. |
| 58 | 10/10/2005 | Both | No | TCPRD0000005825 to TCPRD0000005900 | Financial and Accounting Due Diligence Report. |
| 59 | 10/13/2005 | Both | No | Hopkins 18, RAD-006-01978 to RAD-006-01979 | Email exchange between Jose Feliciano and Michael Kennedy. |
| 60 | 10/13/2005 | Committee | No | RAD-001-00787 to RAD-001-00789 | Email from Michael Palm to Rad Hastings. |
| 61 | 10/13/2005 | TCP | Yes | TCPE0004823 to TCPE0004824 | Email chain from Kennedy to Feliciano. |
| 62 | 10/19/2005 | Both | No | TCPE004054 to TCPE004055 | Email from Jose Feliciano to Michael Tennenbaum. |
| 63 | 10/19/2005 | Both | No | TCPE0004045 | Email to Jose Feliciano from Donna Beauchamp. |
| 64 | 10/19/2005 | Committee | Yes | RADEM-005-42472 to RADEM-005-42482 | Appraisal report from Plastics One Appraisal Services, LLC to Michael Palm. |
| 65 | 10/20/2005 | Committee | No | RAD-004-06291 to RAD-004-06302 | Email from Robert Risbridger to Michael Palm. |
| 66 | 10/21/2005 | Both | No | TCPE0063316 to TCPE0063321 | Memo from Jose Feliciano to Investment Committee. |
| 67 | 10/23/2005 | Committee | No | TCPE0001699 to TCPE0001701 | Email from Jose Feliciano to Michael Kennedy. |
| 68 | 10/24/2005 | Committee | No | TCPE0002809 to TCPE0002813, TCPE0001693 to TCPE0001697 | Emails between Jose Feliciano and Michael Kennedy. |
| 69 | 10/24/2005 | Both | No | TCPRD0000007050 to TCPRD0000007063 | Email from Michael Kennedy to Jose Feliciano. |

| | | | | | |
|---|---|---|---|---|---|
| 70 | 10/25/2005 | Committee | No | TCPE0002493 to TCPE0002494, TCPE0002547 to TCPE0002548 | Discussion between Jose Feliciano and Michael Tennenbaum. |
| 71 | 10/25/2005 | TCP | No | MILBANK02293-303 | Commitment Letter between Tennenbaum and Radnor. |
| 72 | 10/26/2005 | Committee | No | RADEM-007-08925 | Board Minutes. |
| 73 | 10/26/2005 | Both | No | TCPE0014461 | Email from Joe Spano to Jose Feliciano. |
| 74 | 10/26/2005 | Committee | No | TCPE0002259 to TCPE0002260 | Email from Jose Feliciano to Howard Levkowitz. |
| 75 | 10/26/2005 | Committee | No | TCPE0002251 | Email from Jose Feliciano to Chang. |
| 76 | 10/27/2005 | Committee | No | RADHC-002-05801 to RADHC-002-05809 | Letter agreement between PNC Bank and Radnor. |
| 77 | 10/27/2005 | Both | No | RADHC-007-02764 to RADHC-007-02807 | Purchase Agreement (Series A Preferred Stock). |
| 78 | 10/27/2005 | Both | No | Kennedy 6, RADHC-002-00214 to RADHC-002-00277 | Investor Rights Agreement. |
| 79 | 10/27/2005 | Committee | No | None | Warrant Agreements (Series A Preferred Stock). |
| 80 | 10/27/2005 | Committee | No | None | Employment Agreement between Michael Kennedy and Radnor. |
| 81 | 10/28/2005 | Both | No | TCPE0016401 to TCPE0016413 | TCP Pre-Investment Review. |
| 82 | 11/4/2005 | Committee | No | RADEM-007-04742 to RADEM-007-04751 | Radnor Consolidated Financial Statements |
| 83 | 11/9/2005 | Committee | No | COL0017 to COL0021 | Letter Agreement between Radnor and Colchester Capital Securities, LLC. |
| 84 | 11/11/2005 | Committee | No | Hopkins 19 | Email chain between Thomas Hopkins and others. |

| | | | | | |
|---|---|---|---|---|---|
| 85 | 11/16/2005 | Committee | No | TCPE0010248 to TCPE0010255 | Email from Jose Feliciano to Radnor due diligence team. |
| 86 | 11/18/2005 | Both | No | RADEM-006-15616, TCPE0010008 | Email from Jose Feliciano to Michael Kennedy. |
| 87 | 11/21/2005 | Committee | No | Hopkins 20 | Email exchange between Thomas Hopkins, Michael Kennedy, and Jose Feliciano. |
| 88 | 11/23/2005 | Committee | No | None | Radnor Holdings Corp. Form 10-Q (2Q05, amended). |
| 89 | 11/29/2005 | Committee | No | None | Radnor Holdings Corp. Form 10-Q (3Q05). |
| 90 | 11/29/2005 | Committee | No | TCPRD000008958 to TCPRD000008964 | Excerpt from Radnor SEC filings. |
| 91 | 12/1/2005 | Both | No | Feliciano 27, Ridder 16 | Credit Agreement. |
| 92 | 12/1/2005 | TCP | No | MILBANK01175-290 | Schedules to Credit Agreement. |
| 93 | 12/1/2005 | Both | No | None | Promissory Notes, Tranche A and B. |
| 94 | 12/1/2005 | Both | No | None | Security Agreements, Tranche A and B. |
| 95 | 12/1/2005 | Committee | No | RAD-001-00536 to RAD-001-00539 | Use of Proceeds spreadsheet. |
| 96 | 12/1/2005 | TCP | No | MILBANK01425 | Tranche A Perfection Certificate. |
| 97 | 12/1/2005 | TCP | No | MILBANK01497 | Tranche B Perfection Certificate. |
| 98 | 12/1/2005 | TCP | No | MILBANK01525 | UCC-1 Filings re Credit Agreement. |
| 99 | 12/1/2005 | TCP | No | MILBANK01816 | Mortgages and Deeds of Trust re Credit Agreement. |
| 100 | 12/2/2005-12/21/2005 | TCP | No | MILBANK01599 | Fixture Filings re Credit Agreement. |

8

| No. | Date | Source | Y/N | Bates | Description |
|---|---|---|---|---|---|
| 101 | 12/2/2005 | Committee | No | TCPRD0000006965 to TCPRD0000006974 | Radnor Consolidated Financial Statements. |
| 102 | 12/4/2005 | Committee | No | RADEM-006-06475 to RADEM-006-0476 | Email exchange between Rad Hastings, Ann Kelly, Paul Ridder, and Paul Hogan. |
| 103 | 12/6/2005 | TCP | Yes | MILBANK02332-53 | ALTA 1992 Loan Policy. |
| 104 | 12/12/2005 | Committee | No | RADHC-004-05442 to RADHC-004-05457, TCPRD0000001751 to TCPRD0000001765 | Commitment letter to Rad Hastings for NCB revolver. |
| 105 | 12/12/2005 | Committee | No | None | Maricopa County, Arizona Fixture Filings by Tennenbaum Capital Partners, LLC |
| 106 | 12/13/2005 | Committee | No | RADEM-007-08930 | Board Minutes. |
| 107 | 12/13/2005 | Committee | No | RADEM-008-06229 to RADEM-008-06231 | Email exchange between Paul Finigan, Rad Hastings, and Michael Kennedy. |
| 108 | 12/21/2005 | TCP | Yes | MILBANK02277-90 | Loan Policy of Title Insurance. |
| 109 | 12/23/2005 | TCP | Yes | MILBANK02311-31 | Schedules and Endorsements to Loan Policy. |
| 110 | 12/29/2005 | Committee | No | RADHC-007-02278 to RADHC-007-02391 | Revolving Credit and Security Agreement. |
| 111 | 12/30/2005 | Committee | No | RADEM-009-04332 to RADEM-009-04335 | Estimated Stock Value for Annual Report on Form 10-K, December 30, 2005. |
| 112 | 12/30/2005 | TCP | No | MILBANK02267-74 | Landlord's Subordination and Consent Agreement re Phoeniz, AZ property. |
| 113 | 1/5/2006 | Committee | No | None | Radnor Holdings Corp. Form 8-K. |

| 114 | 1/25/2006 | Committee | No | TCPE0015579 to TCPE0015581 | Email exchange between Prashant Mehrotra and Vicki O'Rourke. |
|-----|-----------|-----------|-----|-----------------------------|---------------------------------------------------------------|
| 115 | 2/3/2006 | Committee | No | TCPRD000005902 to TCPRD000005934 | Radnor Consolidated Financial Statements |
| 116 | 2/6/2006 | Committee | No | RADEM-006-12014 to RADEM-006-12015 | Email exchange between Rad Hastings, Michael Kennedy, Paul Ridder, and others. |
| 117 | 2/9/2006 | Both | No | TCPE0014568 to TCPE0014571 | Quarterly update to Investment Committee from Jose Feliciano and Prashant Mehrotra. |
| 118 | 2/9/2006 | Committee | No | TCPRD000009427 to TCPRD000009438 | Presentation to Board of Directors of Operating Plan. |
| 119 | 2/9/2006 | Both | No | TCPRD000006033 to TCPRD000006043 | Presentation to Board of Directors of 2005 Operating Results. |
| 120 | 2/9/2006 | Committee | No | TCPRD000009241 to TCPRD000009252 | Corporate Development presentation by Rad Hastings. |
| 121 | 2/9/2006 | TCP | Yes | TCPRD000009241 to TCPRD000009252 | Board presentation re corporate development. |
| 122 | 2/11/2006 | Both | No | TCPE0014553 to TCPE0014554 | Email from Jose Feliciano to Michael Kennedy. |
| 123 | 2/13/2006 | Committee | No | RADEM-008-11030 | Email exchange between Ann Kelly and Carrie Williamson. |
| 124 | 2/14/2006 | Both | No | RAD-001-00469 to RAD-001-00484 | Email from Paul Ridder to Jose Feliciano. |
| 125 | 2/14/2006 | Both | No | TCPE0063301 to TCPE0063303 | Memo from Jose Feliciano, Prashant Mehrotra, and Sean Berry to Investment Committee. |
| 126 | 2/15/2006 | Committee | No | None | Radnor Holdings Corp. Form 8-K. |
| 127 | 3/2/2006 | Both | No | RADEM-006-00994 to RADEM-006-00995 | Email exchange between Michael Kennedy and Jose Feliciano. |
| 128 | 3/2/2006 | Both | No | RADEM-006-02856 to RADEM-006-02857 | Email exchange between Michael Kennedy and Paul Finigan. |

| 129 | 3/3/2006 | Both | No | RADEM-006-04161 to RADEM-006-04163 | Email from Ann Kelly to Michael Fine. |
| 130 | 3/3/2006 | Committee | No | None | Radnor Consolidated Financial Statements |
| 131 | 3/9/2006 | Both | No | RADEM-003-08939 to RADEM-003-08940 | Email exchange between Michael Kennedy and Jose Feliciano. |
| 132 | 3/10/2006 | Both | No | RAD-001-00452 to RAD-001-00456 | Email from Ann Kelly to Jose Feliciano. |
| 133 | 3/10/2006 | Both | No | TCPRD0000008802 to TCPRD0000008810 | Update to Investment Committee from Jose Feliciano, Prashant Mehrotra, and Sean Berry. |
| 134 | 3/13/2006 | Committee | No | RADEM-006-09186 | Email from Michael Kennedy to Rad Hastings. |
| 135 | 3/13/2006 | Committee | No | RADEM-006-11015 to RADEM-006-11016 | Email from Jose Feliciano to Michael Kennedy. |
| 136 | 3/13/2006 | Both | No | TCPRD0000008811 | Email exchange between Jose Feliciano, Michael Tennenbaum, and others. |
| 137 | 3/13/2006 | Committee | No | Levkowitz 16, Mehrotra 16 | Email chain between Jose Feliciano, Prashant Mehrotra, Sean Berry, Michael Tennenbaum, Howard Levkowitz, and others. |
| 138 | 3/15/2006 | Committee | No | TCPE0021978 | Email from Robert DiPaolo to Sean Berry. |
| 139 | 3/15/2006 | TCP | Yes | MILBANK02354-59 | Letter Agreement re Interest Payment Deferral. |
| 140 | 3/16/2006 | Both | No | Hopkins 21, RADEM-007-08180 to RADEM-007-08181 | Email exchange between Michael Kennedy, Rad Hastings, Paul Ridder, Ann Kelly, Thomas Hopkins, and Carrie Williamson. |
| 141 | 3/17/2006 | Committee | No | Hopkins 22 | Email chain between Thomas Hopkins, Michael Kennedy, Carrie Williamson, Paul Ridder, Jose Feliciano, Prashant Mehrotra, Ann Kelly, and Rad Hastings. |

| | | | | | |
|---|---|---|---|---|---|
| 142 | 3/18/2006 | Both | No | RADEM-006-07738 to RADEM-006-07740 | Email exchange between Jose Feliciano and Paul Ridder. |
| 143 | 3/20/2006 | Both | No | TCPRD0000007302 to TCPRD0000007355, TCPRD0000008193 to TCPRD0000008260 | Presentation from Bank Meeting. |
| 144 | 3/21/2006 | Committee | No | TCPE0020690 to TCPE0020691 | Email from Feliciano to Investment Group. |
| 145 | 3/21/2006 | Both | No | RADEM-006-00400 to RADEM-006-00402 | Proposed term sheet for Tranche C loans. |
| 146 | 3/21/2006 | Committee | Yes | RADEM-008-02430 | Email exchange between Ann Kelly and Vicki O'Rourke. |
| 147 | 3/21/2006 | TCP | Yes | TCPE0020684 to TCPE0020685 | Email chain from Feliciano to Mehrotra re further investment. |
| 148 | 3/23/2006 | Committee | No | RADEM-005-00007 to RADEM-005-00009 | Board Minutes. |
| 149 | 3/24/2006 | Both | No | TCPE0019844 | Email from Jose Feliciano to Rick Spencer. |
| 150 | 3/24/2006 | TCP | Yes | TCPE0019725 to TCPE0019737 | Email chain from Feehan to Mehrotra cc Ridder, Kelly re collateral schedule. |
| 151 | 3/27/2006 | TCP | Yes | TCPE0019499 to TCPE0019503 | Email chain from Mehrotra to Feliciano cc Berry, DiPaolo re term sheet. |
| 152 | 3/27/2006 | Committee | No | TCPE0019537 to TCPE0019545 | Memo from Jose Feliciano, Robert DiPaolo, Prashant Mehrotra, and Sean Berry to the Investment Committee. |
| 153 | 3/27/2006 | Committee | No | None | Radnor Holdings Corp. Form 8-K. |
| 154 | 3/28/2006 | Both | No | TCPE0019298 to TCPE0019299 | Email from Jose Feliciano to Michael Tennenbaum, Howard Levkowitz and others. |

12

| 155 | 3/28/2006 | Both | No | TCPE0019033 to TCPE0019041, TCPRD000008793 to TCPRD000008801 | Update to Investment Committee from Jose Feliciano, Robert DiPaolo, and Prashant Mehrotra. |
|---|---|---|---|---|---|
| 156 | 3/28/2006 | TCP | Yes | TCPE0019286 to TCPE0019291 | Email chain from Spencer to Feliciano re add-on investment. |
| 157 | 3/29/2006 | Both | No | RADEM-005-00010 to RADEM-005-00012 | Board Minutes. |
| 158 | 3/29/2006 | Both | No | RADEM-006-13888 | Email from Jose Feliciano to Michael Kennedy. |
| 159 | 3/30/2006 | Committee | No | None | Radnor Holdings Corp. Form 8-K. |
| 160 | 3/31/2006 | Committee | No | None | First Amendment to Revolving Credit and Security Agreement. |
| 161 | 3/31/2006 | Committee | Yes | None | Draft Consolidated Financial Statements |
| 162 | 4/1/2006 | TCP | Yes | TCPE0033877 to TCPE0033931 | Alvarez presentation Practice Overview. |
| 163 | 4/2/2006 | Both | No | RADEM-003-08949 | Email from Vicki O'Rourke to Michael Gustafson. |
| 164 | 4/2/2006 | Both | No | RAD-005-00088 | Email from Robert DiPaolo to Paul Ridder and Jose Feliciano. |
| 165 | 4/3/2006 | Both | No | RADEM-005-00018 to RADEM-005-00022 | Board Minutes. |
| 166 | 4/3/2006 | Both | No | RADHC-002-07071 to RADHC-002-07077 | Stock Purchase Agreement. |
| 167 | 4/3/2006 | Both | No | None | Supplemental Indenture. |
| 168 | 4/3/2006 | Both | No | RADHC-002-07087 to RADHC-002-07089 | First Amendment to Michael Kennedy employment agreement. |
| 169 | 4/3/2006 | Committee | No | RADEM-006-17093 to RADEM-006-17094 | Email exchange between Jose Feliciano and Michael Kennedy. |

13

| | | | | | |
|---|---|---|---|---|---|
| 170 | 4/3/2006 | Committee | No | RADEM-006-17111 | Email exchange between Jose Feliciano, Carrie Williamson, Michael Kennedy, and others. |
| 171 | 4/4/2006 | Both | No | TCPE0000932 to TCPE0000987 | Amendment No. 1 to Credit Agreement. |
| 172 | 4/4/2006 | Both | No | None | Amendment No. 1 to Tranche A Security Agreement. |
| 173 | 4/4/2006 | Both | No | Feliciano 30, RAD-08-0001 to RAD-08-0007, RADEM-007-08472 to RADEM-007-08478 | Side Letter Agreement between Radnor and Tennenbaum. |
| 174 | 4/4/2006 | Committee | No | RADHC-007-02921 to RADHC-007-02949 | Stock Purchase Agreement (Series B Preferred). |
| 175 | 4/4/2006 | Committee | No | RAD-09-0001 to RAD-09-0011 | Guaranty and Negative Pledge Agreement. |
| 176 | 4/4/2006 | Both | No | None | Tranche C Notes. |
| 177 | 4/4/2006 | Committee | No | RADHC-003-01066 to RADHC-003-01068 | Memorandum by Paul Ridder to file. |
| 178 | 4/4/2006 | Committee | No | None | Amendment No. 1 to Investor Rights Agreement. |
| 179 | 4/4/2006 | TCP | Yes | None | Solvency Certificate executed by Kennedy, Ridder. |
| 180 | 4/5/2006 | Committee | No | None | Radnor Holdings Corp. Form 8-K. |
| 181 | 4/5/2006 | TCP | Yes | TCPE0026001 to TCPE0026003 | Email chain from Vuong to Feliciano re debtwire story. |
| 182 | 4/10/2006 | Committee | No | None | Radnor Holdings Corp. Form 8-K. |
| 183 | 4/11/2006 | Committee | Yes | RADEM-006-00089 to RADEM-006-00090 | Stock Valuation. |
| 184 | 4/12/2006 | TCP | Yes | RADEM-006-00997 to RADEM-006-00998 | Email Ridder to Kelly, Kennedy, cc Hastings re cash projection. |
| 185 | 4/13/2006 | Committee | No | None | Radnor Holdings Corp. Form 8-K. |
| 186 | 4/13/2006 | Committee | No | Ridder 7 | Radnor Holdings Corp. Form 10-K (2005). |

14

| 187 | 4/17/2006 | Both | No | RAD-004-06377 to RAD-004-06378 | Email exchange between Ann Kelly, Jose Feliciano, and Prashant Mehrotra. |
| 188 | 4/17/2006 | TCP | Yes | TCPE0024943 to TCPE0024945 | Email chain from Feliciano to Mehrotra, Berry re 7-Eleven. |
| 189 | 4/19/2006 | Both | No | TCPE0024667 to TCPE0024668 | Email chain between Prashant Mehrotra, Sean Berry, Jose Feliciano, and others. |
| 190 | 4/21/2006 | Committee | No | RADEM-006-00997 to RADEM-006-00998 | Email exchange between Paul Ridder, Ann Kelly, Michael Kennedy, and Rad Hastings. |
| 191 | 4/24/2006 | Both | No | RADEM-005-04915 to RADEM-005-04917 | Email exchange between Paul Ridder and Ann Kelly. |
| 192 | 4/24/2006 | Both | No | RADEM-006-08784 to RADEM-006-08785 | Email from Michael Kennedy to Paul Ridder and Rad Hastings. |
| 193 | 4/27/2006 | Both | No | RADEM-005-00105 to RADEM-005-00106 | Email from Ann Kelly to Paul Ridder. |
| 194 | 4/28/2006 | Committee | No | RAD-006-00454 | Borrowing Base Certificate. |
| 195 | 4/28/2006 | Both | No | RADEM-006-04435 | Email exchange between Ann Kelly and Joe Capozzoli. |
| 196 | 4/28/2006 | Both | No | TCPRD0000009216 to TCPRD0000009217 | Letter from Michael Fine to Michael Kennedy and Rad Hastings. |
| 197 | 5/2/2006 | Committee | No | RADEM-003-03538 to RADEM-003-03540 | Email exchange between Ann Kelly, Paul Ridder, Michael Valenza, and others. |
| 198 | 5/3/2006 | Both | No | RADHC-004-05817 to RADHC-004-05861 | 2006 Operating Forecast as of 5/3/06. |
| 199 | 5/3/2006 | Both | No | NC003331 to NC003338 | Presentation on Cost Containment Programs from Bank Meeting. |
| 200 | 5/4/2006 | Both | No | TCPE0030426 to TCPE0030429 | Board Minutes. |
| 201 | 5/4/2006 | Both | No | TCPE0034037 to TCPE0034042 | Email from Jeff Feinberg to Jose Feliciano, Prashant Mehrotra, and others. |

| | | | | | |
|---|---|---|---|---|---|
| 202 | 5/5/2006 | Committee | No | RADEM-002-04974 | Borrowing Base Certificate. |
| 203 | 5/5/2006 | Committee | No | TCPE0060930 to TCPE0060938 | Letter from Michael Fine to Michael Kennedy and Rad Hastings. |
| 204 | 5/5/2006 | Committee | Yes | TCPE0061301 to TCPE0061313 | Draft Consolidated Financial Statements |
| 205 | 5/8/2006 | Committee | No | NC002775 to NC02777 | Report from Radnor Lenders Meeting. |
| 206 | 5/9/2006 | Both | No | RADEM-006-01614 | Email from Paul Ridder to Michael Kennedy. |
| 207 | 5/10/2006 | Both | No | RADEM-006-15306 to RADEM-006-15307 | Letter from Jose Feliciano to Michael Kennedy. |
| 208 | 5/11/2006 | Both | No | TCPE0033839 to TCPE0033840 | Email exchange between Jose Feliciano and Stanford Springel. |
| 209 | 5/13/2006 | Both | No | RAD-05-0061 to RAD-05-0063 | Email and notes from Paul Finigan to Michael Kennedy. |
| 210 | 5/15/2006 | Both | No | TCPE0030433 to TCPE0030436 | Audit Committee Minutes. |
| 211 | 5/15/2006 | Both | No | RAD-004-05817 to RAD-004-05818 | Borrowing Base Certificate. |
| 212 | 5/15/2006 | Both | No | TCPE0060891 to TCPE0060899 | Engagement letter between Radnor and Alvarez & Marshal. |
| 213 | 5/17/2006 | Committee | No | RAD-05-0072 | Email from Paul Finigan to Michael Kennedy. |
| 214 | 5/17/2006 | Both | No | TCPE0030437 to TCPE0030439 | Board Minutes. |
| 215 | 5/17/2006 | Committee | No | Hopkins 23 | Email from Thomas Hopkins to Michael Kennedy and Rad Hastings. |
| 216 | 5/19/2006 | Committee | No | None | Radnor Holdings Corp. Form 8-K. |
| 217 | 5/19/2006 | TCP | No | MILBANK02037-146 | Amendments re Mortgages and Deeds of Trust re Credit Agreement. |

| # | Date | Type | Priv | Bates | Description |
|---|------|------|------|-------|-------------|
| 218 | 5/19/2006 | TCP | No | MILBANK02253-65 | Amendment of Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filings re Higginsville, MO property. |
| 219 | 5/22/2006 | Both | No | TCPE0000775 to TCPE 0000787 | Email exchange between Michael Kennedy, Jose Feliciano, Prashant Mehrotra, and Stanford Springel. |
| 220 | 5/22/2006 | Both | No | TCPE0032734 to TCPE0032737 | Email from Prashant Mehrotra to Stanford Springel. |
| 221 | 5/22/2006 | Committee | No | TCPE0032781 to TCPE0032785 | Email exchange involving Stanford Springel, Prashant Mehrotra, Carrie Williamson, Michael Kennedy, Rad Hastings, Paul Finigan, Jose Feliciano, Paul Ridder, and Ann Kelly. |
| 222 | 5/24/2006 | Committee | No | RADEM-006-11330 to RADEM-006-11365 | Radnor Packaging Presentation by Lehman Brothers. |
| 223 | 5/26/2006 | Both | No | TCPE0036760 to TCPE0036762 | Board Minutes. |
| 224 | 5/30/2006 | Committee | No | RAD-17-0070 to RAD-17-0071 | Email from Thomas Seward to Michael Kennedy, Rad Hastings, and Carrie Williamson. |
| 225 | 5/30/2006 | Committee | No | TCPE0030455 to TCPE0030457 | Email from Paul Finigan to Carrie Williamson, Jose Feliciano, and Rad Hastings. |
| 226 | 5/30/2006 | Both | No | TCPE0030799 to TCPE0030802 | Memo to Investment Committee from Jose Feliciano, Prashant Mehrotra, and Sean Berry. |
| 227 | 5/31/2006 | Committee | No | RADEM-006-06077 to RADEM-006-06078 | Email exchange between Rad Hastings, Michael Kennedy, Paul Ridder, and Mike Feehan. |
| 228 | 5/31/2006 | Both | No | RADEM-006-15311 to RADEM-006-15314 | Email exchange between Jose Feliciano, Paul Finigan, Rad Hastings, and Michael Kennedy. |
| 229 | 6/2/2006 | Committee | Yes | TCPE0042627 to TCPE0042639 | Draft Consolidated Financial Statements |
| 230 | 6/5/2006 | Committee | No | TCPE0036775 to TCPE0036776 | Audit Committee Minutes. |

| | | | | | |
|---|---|---|---|---|---|
| 231 | 6/5/2006 | Committee | No | RADEM-003-07762 to RADEM-003-07763 | Email exchange between Michael Kennedy and Paul Finigan. |
| 232 | 6/7/2006 | Committee | Yes | NC002763 to NC002766 | Letter from Mark Kleinhaut to lenders. |
| 233 | 6/8/2006 | Committee | No | TCPE0038542 to TCPE0038543 | Email exchange between Mark Shapiro, Jose Feliciano, and Michael Palm. |
| 234 | 6/9/2006 | TCP | Yes | TCPE0028471 to TCPE0038473 | Email chain from Finigan to Kennedy, Feliciano, Williamson, Hastings re board meetings. |
| 235 | 6/14/2006 | Committee | No | RADHC-004-05694 to RADHC-004-05711, RADLB-01-0129 to RADLB-01-0252 | Status Update to Bank Lenders prepared by Lehman Brothers. |
| 236 | 6/14/2006 | Committee | No | RADLB-06-1082 to RADLB-06-1100 | Lehman Brothers engagement letter. |
| 237 | 6/14/2006 | Committee | No | RADEM-006-11391 to RADEM-006-11439 | Agreement Regarding Loans. |
| 238 | 6/16/2006 | Committee | No | None | Radnor Holdings Corp. Form 8-K. |
| 239 | 6/16/2006 | Committee | No | Ridder 9 | Letter agreement between Radnor and SolomonEdwardsGroup, LLC. |
| 240 | 6/19/2006 | Committee | No | RADEM-003-10417 to RADEM-003-10429 | Email from Rad Hastings to Paul Collins. |
| 241 | 6/20/2006 | TCP | Yes | RADEM-003-7762 to RADEM-003-7763 | Email string from Kennedy to Finigan. |
| 242 | 6/26/2006 | Both | No | RAD-001-00684 | Jose Feliciano's resignation letter from Board. |
| 243 | 6/27/2006 | Committee | No | RADLB-03-3261 | Email from Michael Palm to Lehman Brothers. |
| 244 | 6/28/2006 | Committee | No | None | Radnor Holdings Corp. Form 8-K. |

18

| | | | | | |
|---|---|---|---|---|---|
| 245 | 6/28/2006 | Committee | No | RADEM-003-10415 to RADEM-003-10416 | Email exchange between Michael Kennedy and Mark Shapiro. |
| 246 | 6/28/2006 | Committee | No | RADEM-006-09178 | Email from Paul Ridder to Michael Kennedy. |
| 247 | 6/28/2006 | Committee | No | RADLB-06-0398 | Email exchange between Michael Palm, Mark Shapiro and others. |
| 248 | 6/28/2006 | Committee | No | TCPE0036712 | Email from David Adler to Jose Feliciano. |
| 249 | 6/29/2006 | Committee | No | RADLB-07-0151 | Email from Ben Shapiro to Michael Palm. |
| 250 | 6/30/2006 | Committee | No | Hastings 30, Springel 4 (10/25) | Radnor Investment Advisors: Statements of Assets, Liabilities, and Partners' Capital. |
| 251 | 6/30/2006 | Committee | No | RADEM-001-16825 | Personal Financial Statement for Michael Kennedy. |
| 252 | 6/30/2006 | Committee | Yes | RADEM-006-11290 to RADEM-006-11309 | Draft Consolidated Financial Statements |
| 253 | 7/2/2006 | Committee | No | RADEM-003-06715 to RADEM-003-06716 | Email from Michael Kennedy to Mark Shapiro and Michael Palm. |
| 254 | 7/6/2006 | Committee | Yes | RADEM-008-10244 to RADEM-008-10304 | Status Update by Lehman Brothers. |
| 255 | 7/7/2006 | Committee | No | RADLB-01-0200 to RADLB-01-0246 | Status Review to Ad Hoc Noteholder Committee from Lehman Brothers. |
| 256 | 7/11/2006 | Committee | No | TCPRD0000007243 to TCPRD0000007269 | Status Update to Bank Lenders prepared by Lehman Brothers. |
| 257 | 7/17/2006 | Both | No | RADEM-008-07364 to RADEM-008-07366 | Email exchange between Paul Ridder and Michael Kennedy. |
| 258 | 7/18/2006 | Committee | No | Hastings 33 | Email from Paul Ridder to Michael Kennedy and Rad Hastings. |
| 259 | 7/18/2006 | Committee | No | None | Intercreditor Agreement. |
| 260 | 7/18/2006 | Committee | No | None | Forbearance, Standstill and Amendment Agreement. |
| 261 | 7/18/2006 | Committee | No | None | Acknowledgement of Guaranty. |

| | | | | | |
|---|---|---|---|---|---|
| 262 | 7/18/2006 | Committee | No | None | First Amendment to Agreement Regarding Loans. |
| 263 | 7/19/2006 | Committee | No | RADEM-003-06718 to RADEM-003-06719 | Email exchange between Rad Hastings and Michael Palm. |
| 264 | 7/24/2006 | Committee | No | None | Radnor Holdings Corp. Form 8-K. |
| 265 | 7/26/2006 | Committee | No | None | Amendment No. 1 to Forbearance, Standstill, and Amendment Agreement. |
| 266 | 7/27/2006 | Committee | No | None | Second Amendment to Agreement Regarding Loans. |
| 267 | 7/28/2006 | Committee | No | None | Radnor Holdings Corp. Form 8-K. |
| 268 | 7/28/2006 | Committee | No | RADLB-02-0676 to RADLB-02-0677 | Email exchange between Michael Palm, Mark Shapiro, and others. |
| 269 | 8/2/2006 | Committee | No | None | Third Amendment to Agreement Regarding Loans. |
| 270 | 8/3/2006 | Committee | No | None | Radnor Holdings Corp. Form 8-K. |
| 271 | 8/3/2006 | Committee | Yes | TCPE0000325 to TCPE0000376 | Asset Purchase Agreement, MTHM Draft 8/3/06. |
| 272 | 8/7/2006 | Committee | Yes | RADLB-05-1035 to RADLB-05-1036, RADLB-05-1040 | Correspondence regarding models for sale process. |
| 273 | 8/8/2006 | Committee | No | RADEM-008-17527 to RADEM-008-17529 | Email exchange between Mark Shapiro, Carrie Williamson, and others. |
| 274 | 8/9/2006 | Both | No | RAD-02-0001 to RAD-02-0005 | Email from Paul Ridder to Jose Feliciano. |
| 275 | 8/9/2006 | Committee | No | RAD-02-0006 to RAD-02-0012 | Email from Paul Ridder to Jose Feliciano. |
| 276 | 8/9/2006 | Committee | No | TCPE0047079 | Email exchange between Jose Feliciano and Paul Finigan. |

20

| 277 | 8/9/2006 | Committee | No | Hopkins 24, Kennedy 38 | Email exchange between Thomas Hopkins and Michael Kennedy. |
| 278 | 8/9/2006 | Committee | No | RADLB-05-1571 | Email exchange between Michael Palm, Mark Shapiro, and others. |
| 279 | 8/13/2006 | Committee | No | Hopkins 25 | Email chain between Michael Kennedy and Thomas Hopkins. |
| 280 | 8/15/2006 | Committee | No | Hopkins 26 | Email chain between Thomas Hopkins, Carrie Williamson, and Michael Kennedy. |
| 281 | 8/16/2006 | Committee | No | None | Radnor Holdings Corp. Form 8-K. |
| 282 | 8/17/2006 | Both | No | TCPRD0000001775 to TCPRD0000001777 | Letter from David Hollander to Michael Kennedy. |
| 283 | 8/17/2006 | Both | No | TCPRD0000001778 to TCPRD0000001779 | Letter from David Hollander to Michael Kennedy. |
| 284 | 8/17/2006 | Committee | No | Hastings 29 | Email from Sue Dear to Rad Hastings. |
| 285 | 8/21/2006 | Committee | No | Feliciano 3 | Proposed Order approving sale of substantially all of Radnor's assets, with attached Asset Purchase Agreement. |
| 286 | 8/21/2006 | Both | No | TCPE0044482 to TCPE0044493 | Borrowing Base Certificate. |
| 287 | 8/21/2006 | Both | No | Ridder 4, Springel 8 (9/18) | Asset Purchase Agreement between TR Acquisition Co., Inc. and Radnor Holdings Corp. |
| 288 | 8/21/2006 | Committee | Yes | Springel 15 (9/18) | Declaration of Paul Ridder. |
| 289 | 8/21/2006 | Committee | No | None | Purchase Price Estimate by Radnor Holdings Corp. |
| 290 | 8/21/2006 | Committee | Yes | None | Declaration of Jose Feliciano. |
| 291 | 8/21/2006 | Committee | No | None | Motion to Approve Bid Procedures. |
| 292 | 8/21/2006 | Committee | No | None | Motion to Approve DIP Financing. |
| 293 | 8/23/2006 | Committee | No | None | Radnor Holdings Corp. Form 8-K. |

| | | | | | |
|---|---|---|---|---|---|
| 294 | 8/29/2006 | Committee | No | RAD-02-0013 to RAD-02-0015 | Email from Paul Ridder to Jose Feliciano. |
| 295 | 8/29/2006 | Committee | No | RAD-02-0016 to RAD-02-0018 | Email from Paul Ridder to Paul Finigan. |
| 296 | 8/29/2006 | Committee | No | RAD-05-0351 | Email exchange between Paul Ridder and Paul Finigan. |
| 297 | 9/9/2006 | Both | No | Finigan 24, Kennedy 35, Ridder 1 | Email from Paul Ridder to Patricia Moran. |
| 298 | 9/13/2006 | Committee | No | Hastings 24 | Email chain discussing sale of European EPS business. |
| 299 | 9/13/2006 | Committee | No | RADLB-01-0001 to RADLB-01-0028 | Updated Buyer Log and Investment Log from Lehman Brothers. |
| 300 | 9/13/2006 | Committee | Yes | RADLB-01-0121 to RADLB-01-0128 | Buyer Log from Lehman Brothers. |
| 301 | 9/13/2006 | Committee | Yes | Springel 14 (9/18) | Objection of Committee to Motion for Order Authorizing Continued Engagement of Alvarez & Marshal, LLC. |
| 302 | 9/15/2006 | Committee | No | Springel 4 (9/18) | Profile of Stanford Springel. |
| 303 | 9/21/2006 | Committee | No | None | Missouri UCC Search Detail for liens on WinCup Holdings, Inc. |
| 304 | 9/22/2006 | Committee | Yes | None | Order on Bid Procedures. |
| 305 | 9/22/2006 | Committee | Yes | None | DIP Financing Order. |

| | | | | | |
|---|---|---|---|---|---|
| 306 | | | | | Intentionally Omitted |
| 307 | 10/18/2006 | Committee | No | None | Objection to Proposed Credit Bid. |
| 308 | 10/19/2006 | Committee | No | Hopkins 1 | Thomas Hopkins response to Subpoena. |
| 309 | 10/19/2006 | Committee | No | Hopkins 2 | Information Sheet regarding Colchester Capital, LLC. |
| 310 | Undated | Both | No | TCPRD000001819 to TCPRD000001858 | Projection Model. |
| 311 | Undated | Both | No | COL0081 to COL 0134, TCPE0061314 to TCPE0061361 | Confidential Private Placement Memorandum. |
| 312 | Undated | Committee | No | Hastings 32 | Information Package regarding Chartwell Investment Partners, L.P. & Maverick Partners, L.P. |
| 313 | Undated | Committee | No | RADEM-005-37437 to RADEM-005-37456 | Investor Information Package. |
| 314 | Undated | Committee | No | TCPE0023270 to TCPE0023276 | Intake Memos & New Ideas. |
| 315 | Undated | Both | No | TCPE0062673 to TCPE0062690 | "TCP Sensitivity Model" projections for Radnor, "Operating Case Downside" scenario. |
| 316 | Undated | Both | No | TCPRD0000003773 to TCPRD0000003785 | "TCP Sensitivity Model" projections for Radnor, "Operating Case Management" scenario. |
| 317 | Undated | Both | No | TCPRD0000003786 to TCPRD0000003798 | "TCP Sensitivity Model" projections for Radnor, "Operating Case Downside" scenario. |
| 318 | Undated | Committee | No | RADHC-004-05640 to RADHC-004-05643 | Assumptions for 2007-2009 Projections, followed by 2007-2009 projections. |
| 319 | Undated | Both | No | RADEM-009-07374 to RADEM-009-07375 | EBITDA bridge for 4Q05. |

| 320 | Undated | Committee | No | RADEM-008-03206 to RADEM-008-03237 | Draft Form 10-Q for 1Q06. |
|---|---|---|---|---|---|
| 321 | Undated | Committee | No | TCPE0033877 to TCPE0033931 | Transaction Advisory Group Practice Overview from Alvarez & Marshal, LLC. |
| 322 | Undated | Committee | No | Shapiro 1 | Project Rocket Calendar. |
| 323 | Undated | Committee | No | TCPE0038335 to TCPE0038359 | Firm Overview; Opportunity Funds. |
| 324 | Undated | Committee | No | Ridder 11, Springel 10 (9/18) | Draft balance sheet forecast. |
| 325 | Undated | Committee | No | Springel 12 (9/18) | Drafte income statement forecast. |
| 326 | Undated | Committee | No | Ridder 14, Shapiro 5, Springel 6 (9/18) | Bank Model forecast. |
| 327 | Undated | Committee | No | Shapiro 6 | Company model forecast. |
| 328 | Undated | Committee | No | Ridder 12, Springel 11 (9/18) | Cash Flow Schedule, 24-Nov to 2-Feb. |
| 329 | Undated | Committee | No | Ridder 8, Shapiro 3, Springel 7 (9/18) | Review of Business Plan prepared by Lehman Brothers. |
| 330 | Undated | Committee | No | Springel 9 (9/18) | DIP Forecast. |
| 331 | Undated | Committee | No | Ridder 10, Springel 13 (9/18) | Actual Results vs. DIP Forecast for the period 9/4/06 to 9/8/06. |
| 332 | Undated | Committee | No | Springel 5 (10/25), Valenza 6 | Actual Results vs. DIP Forecast for the period 10/2/06 to 10/6/06. |
| 333 | Undated | Committee | No | RADHC-002-02983 | List of Radnor Potential Investors. |
| 334 | Undated | Committee | No | TCPRD0000009819 to TCPRD0000009942 | Handwritten Notes. |
| 335 | Undated | Committee | No | TCPRD00009777 to TCPRD00009794 | Handwritten Notes. |
| 336 | Undated | Committee | No | TCPRD0000009795 to TCPRD0000009817 | Handwritten Notes. |

| | | | | TCPRD000009758 to TCPRD000009776 | |
|---|---|---|---|---|---|
| 337 | Undated | Committee | No | Handwritten Notes. | |
| 338 | Undated | Committee | No | Hastings 27 | Schedule of partnership interests in Radnor Investment Advisor, L.P. |
| 339 | Undated | Committee | No | Hastings 28 | Radnor Holdings Corporation Summary of Capital Events. |
| 340 | Undated | Committee | Yes | None | List of 363 Sales, January 1, 2004 through October 29, 2006, with value of greater than $50 million, prepared by Jefferies. |
| 341 | Undated | Committee | Yes | None | Graph of Styrene Monomer Historical Prices, August 2005 through November 2005, prepared by Jefferies. |
| 342 | Undated | Committee | Yes | None | Graph of Natural Gas Historical Prices, August 1, 2005 through December 1, 2005, prepared by Jefferies. |
| 343 | Undated | Committee | Yes | None | Jefferies; Radnor Situation analysis, June 2006. |
| 344 | 10/27/2006 | Committee | Yes | None | Report of Edward B. Rock. |
| 345 | 10/30/2006 | Committee | Yes | None | Report of Edward B. Rock. |
| 346 | 10/30/2006 | Committee | Yes | None | Report of Stephen B. Darr |
| 347 | 4/27/2006 And other dates | TCP | No | TCPE 23714-16, TCPE 23804-06 and TCPE 24015-17 And others | Daily Performance Reports – Reforecast Plans |

25