IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| RADNOR HOLDINGS | ) | Case No. 06-10894 (PJW) |
| CORPORATION, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: docket # 980 |

## ORDER GRANTING JOINT MOTION FOR ORDER (1) APPROVING STIPULATION AMONG THE DEBTORS, TENNENBAUM CAPITAL PARTNERS, LLC AND TR ACQUISITION CO., INC. WITH RESPECT TO TREATMENT OF UTILITY DEPOSITS AND (2) GRANTING RELIEF FROM THE AUTOMATIC STAY IN CONNECTION THEREWITH

This matter coming before the Court in connection with the "Joint Motion for Order (1) Approving Stipulation Among the Debtors, Tennenbaum Capital Partners, LLC and TR Acquisition Co., Inc. with Respect to Treatment of Utility Deposits and (2) Granting Relief from the Automatic Stay in Connection Therewith" (the "Motion"), and the Court having reviewed the Motion, the Stipulation attached to the Motion (the "Stipulation") and any responses and objections thereto; and the Court having determined that (a) it has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) notice of the Motion and the hearing thereon was sufficient under the circumstances; and (d) the legal and factual basis set forth in the Motion establish just cause for granting the relief sought in the Motion and herein;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Motion and the relief sought in the Stipulation are GRANTED.

2. The automatic stay is modified solely as set forth in the Stipulation.

1

3.    The Court retains jurisdiction to resolve any disputes concerning this Order.

Dated: April 18, 2007
Wilmington, Delaware

_____
United States Bankruptcy Judge