# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RADNOR HOLDINGS CORPORATION, et al., | Case No. 06-10894 (PJW) |
| Debtors. | Jointly Administered |

## APPENDIX OF CERTAIN PUBLIC DOCUMENTS TO REPLY TO OBJECTION OF MICHAEL T. KENNEDY TO FINAL FEE APPLICATION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Dated: Wilmington, Delaware
      March 15, 2013

>          */s/ Mark S. Chehi*
> Mark S. Chehi (I.D. No. 2855)
> Sarah E. Pierce (I.D. No. 4648)
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, Delaware 19899-0636
> (302) 651-3000

| INDEX NO. | DESCRIPTION OF DOCUMENT | Date Filed |
|---|---|---|
| **Published Opinion** | | |
| 1 | *The Official Comm. of Unsecured Creditors of Radnor Holdings Corp. v. Tennenbaum Capital Partners, LLC (In re Radnor Holdings Corp.)* Adv. Pro. No. 06-50909, 353 B.R. 820 (Bankr. D. Del. 2006) | |
| **Pleadings** | | |
| 2 | Voluntary Petition for Radnor Holdings Corporation (Dkt No. 1) | 8/21/2006 |
| 3 | Notice of Appearance, Request for Special Notice, and Reservation of Rights of: Tennenbaum Capital Partners, LLC, as Agent and Collateral Agent, and Special Value Expansion Fund, LLC and Special Value Opportunities Fund, LLC as Lenders, Under Credit Agreement Dated as of December 1, 2005, as Amended; and TR Acquisition Co., Inc. as Purchaser Under Asset Purchase Agreement Dated as of August 21, 2006 (Dkt No. 87) | 8/24/2006 |
| 4 | **"Skadden Retention Application":** Debtors' Application for Order Under Bankruptcy Code Sections 327(a), 328, and 329 and Bankruptcy Rules 2014 and 2016 Authorizing Employment and Retention of Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates as Bankruptcy Counsel to the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date (Dkt No. 96) | 8/25/2006 |
| 5 | Debtors' Application for Order Under Bankruptcy Code Sections 327(e) and 1107(a) and Bankruptcy Rules 2014 and 2016 Authorizing Employment and Retention of Wilmer Cutler Pickering Hale and Dorr LLP as Special Investigative Counsel to the Company Acting Through the Special Committee of the Board of Directors of Radnor Holdings Corporation Nunc Pro Tunc to August 25, 2006 (Dkt No. 132) | 9/1/2006 |
| 6 | **"UST Objection":** United States Trustee's Objection to Debtors' Application for Order Under Bankruptcy Code Sections 327(a), 328, and 329 and Bankruptcy Rules 2014 and 2016 Authorizing Employment and Retention of Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates as Bankruptcy Counsel to the Debtors and Debtors in Possession Nunc Pro Tunc to Petition Date (Dkt No. 169) | 9/13/2006 |

| INDEX NO. | DESCRIPTION OF DOCUMENT | Date Filed |
|---|---|---|
| 7 | **"Galardi September 2006 Supplemental Declaration":** Supplement to Declaration of Gregg M. Galardi in Further Support of Debtor's Application for Order Under Bankruptcy Code Sections 329(a), 328, and 329 and Bankruptcy Rules 2014 and 2016 Authorizing Employment and Retention of Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates as Bankruptcy Counsel to the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date (Dkt No. 223) | 9/18/2006 |
| 8 | **"Skadden Retention Order":** Order Under Bankruptcy Code Sections 327(a), 328, and 329 and Bankruptcy Rules 2014 and 2016 Authorizing Employment and Retention of Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates as Bankruptcy Counsel to the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date (Dkt No. 246) | 9/21/2006 |
| 9 | Order Under Bankruptcy Code Sections 363 and/or 327(e) and 1107(e) and Bankruptcy Rules 2014 and 2016 Authorizing Employment and Retention of Wilmer Cutler Pickering Hale an Dorr LLP as Special Investigative Counsel to the Company Acting Through the Special Committee of the Board of Directors of Radnor Holdings Corporation Nunc Pro Tunc to August 25, 2006 (Dkt No. 276) | 9/22/2006 |
| 10 | **"Bid Procedures Order":** Order Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 2002 and 6004 (I) Establishing Bid Procedures Relating to the Sale of Debtors' Assets, (II) Scheduling a Hearing to Consider the Proposed Sale and Approving the Form and Manner of Notice Thereof, (III) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (IV) Approving the Break-up Fee and Expense Reimbursement Provision, and (V) Granting Related Relief (Dkt No. 277) | 9/22/2006 |
| 11 | **"Final DIP Order":** Final Order (I) Authorizing Debtors (A) To Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e), and (B) To Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; and (II) Granting Liens, Security Interests and Superpriority Claims; (III) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364 (Dkt No. 278) | 9/22/2006 |
| 12 | September 20, 2006 Transcript of Omnibus Hearing Before Honorable Peter J. Walsh United States Bankruptcy Judge (Dkt No. 298) | 9/28/2006 |

| INDEX NO. | DESCRIPTION OF DOCUMENT | Date Filed |
|---|---|---|
| 13 | Debtors' Limited Objection to Proposed Credit Bid of TR Acquisition Co., Inc. (Dkt No. 475) | 10/25/2006 |
| 14 | October 27, 2006 Transcript of Omnibus Hearing Before Honorable Peter J. Walsh United States Bankruptcy Judge (Dkt No. 582) | 11/6/2006 |
| 15 | Order (1) Approving Sale of Substantially All of Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances; (2) Approving Assumption and Assignment of Certain Contracts and Leases; and (3) Granting Related Relief (Dkt No. 698) | 11/21/2006 |
| 16 | **"Galardi December 2007 Supplemental Declaration":** Second Supplement to Declaration of Gregg M. Galardi in Further Support of Debtors' Application for Order Under Bankruptcy Code Sections 327(a), 328, and 329 and Bankruptcy Rules 2014 and 2016 Authorizing Employment and Retention of Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates as Bankruptcy Counsel to the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date (Dkt No. 1222) | 12/19/2007 |
| 17 | **"Revised Disclosure Statement":** Order Under 11 U.S.C. §§ 105, 502, 1125 and 1126, Fed. R. Bankr. P. 2002, 3003, 3017, 3018, 3020 and 9007 and Del. Bankr. L.R. 3017-1 (A) Setting Bar Dates and Procedures for Filings Claims; (B) Approving Form and Manner of Notice Thereof; (C) Scheduling Hearing on Confirmation of Plan; (D) Establishing Deadlines and Procedures for (I) Filing Objections to Confirmation of Plan, (II) Filing Claim Objections and (III) Temporary Allowance of Claims for Voting Purposes; (E) Determining Treatment of Certain Unliquidated, Contingent or Disputed Claims for Notice, Voting and Distribution Purposes; (F) Setting Record Date; (G) Approving (I) Solicitation Packages and Procedures for Distribution; (II) Form of Notice of Hearing on Confirmation and Related Matters and (III) Form of Ballot; and (H) Establishing Voting Deadline and Procedures for Tabulation of Votes (Dkt No. 1288) | 4/22/2008 |
| 18 | **"Revised Plan":** Disclosure Statement with Respect to First Amended Joint Plan of Liquidation of Radnor Holdings Corporation and its Affiliated Debtors and Debtors in Possession (Dkt No. 1295) | 4/25/2008 |

| INDEX NO. | DESCRIPTION OF DOCUMENT | Date Filed |
|---|---|---|
| 19 | **"Modification Motion":** Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 1129(a) and 105(a) Modifying First Amended Joint Plan of Liquidation of Radnor Holdings Corporation and Its Affiliated Debtors and Debtors in Possession and Finding that Requirements of Bankruptcy Code Section 1127(c) Have Been Satisfied (Dkt No. 1683) | 10/31/2008 |
| 20 | March 15, 2012 Transcript of Omnibus Hearing Before Honorable Peter J. Walsh United States Bankruptcy Judge (Dkt No. 1950) | 3/21/2012 |
| 21 | Motion of Michael T. Kennedy to Extend Time to Object to Confirmation and to Schedule a Corresponding Plan Confirmation Hearing Date (Dkt No. 1964) | 7/10/2012 |
| 22 | Objection of Tennenbaum Capital Partners, LLC to Michael Kennedy's Motion for More Time to File Additional Objections to Confirmation of Debtors' Second Amended Plan of Liquidation (Dkt No. 1965) | 7/12/2012 |
| 23 | Debtors' Objection to Motion of Michael T. Kennedy to Extend Time to Object to Confirmation and to Schedule a Corresponding Plan Confirmation Hearing Date (Dkt No. 1966) | 7/12/2012 |
| 24 | Order Denying Motion of Michael T. Kennedy to Extend Time to Object to Confirmation and to Schedule a Corresponding Plan Confirmation Hearing Date (Dkt No. 1969) | 7/25/2012 |
| 25 | **"Confirmation Order":** Findings of Fact, Conclusions of Law and Order Confirming Modified Second Amended Joint Plan of Liquidation of Radnor Holdings Corporation and its Affiliated Debtors and Debtors in Possession (Dkt No. 1976) | 9/10/2012 |
| 26 | **"Final Application":** Final Fee Application of Skadden, Arps, Slate, Meagher & Flom LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period From August 21, 2006 Through and Including September 28, 2012 (Dkt No. 1989) | 11/8/2012 |
| 27 | Supplemental Declaration of Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates as Bankruptcy Counsel to the Debtors and Debtors in Possession (Dkt No. 2016) | 3/15/2013 |