UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

April 16, 2013

Michael T. Kennedy
4020 Foxhill Lane
Newtown Square, PA 19073

**Re: Radnor Holdings Corporation
Case No. 06-10894 (PJW)**

Dear Mr. Kennedy:

This letter ruling relates to your Motion for an Order Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Setting Aside the November 21, 2006 Sale Order, Objecting to Skadden Fee Application and Granting Other Relief. (Doc. # 1993.) Your Motion specifically relies on Fed. R. Civ. P. 60(b)(2) and 60(b)(3). That Rule is incorporated in bankruptcy by way of Bankruptcy Rule 9024.

Fed. R. Civ. P. 60(c)(1) provides that "[a] motion under Rule 60(b) must be made within a reasonable time -- and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding." The Sale Order (Doc. # 698) was entered on November 21, 2006. Obviously, your Motion was filed far beyond the one year period specified in Fed. R. Civ. P. 60(c)(1). Pursuant to Bankruptcy Rule 9006(b)(2) this Court may not enlarge the time for taking action under Bankruptcy

2

Rule 9024.  "The one-year period of Rule 60 cannot be extended under any circumstances."  10 Collier on Bankruptcy, ¶ 9024.08 n. 2.

Your Motion is therefore **denied.   SO ORDERED.**

Very truly yours,

Peter J. Walsh

PJW:ipm

cc:  Russell C. Silberglied
    Mark Chehi